RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 626617

at _____

RECEIVED FROM Helen Dalton
07cv 7964 (NRB)

irt

W YORK

IVIL CASE

V 7964
BUCHWALD

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

TION LLC,
NJ, 08722
INC.,
NJ, 07747

RNEY (name and address)

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE: 20     Cash | Check | M.O. | Credit

DEPUTY CLERK:

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SEP 1 1 2007

J. MICHAEL McMAHON
CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ *in a civil case* | DATE<br>September 14, 2007 at 2:20 PM |
| NAME OF SERVER *(PRINT)*<br>Thomas M. Arleo | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the defendant. Place where served: 115 Main Street, 2nd Fl., Woodbridge, David & Allen Contracting, Inc.     NJ 07095

[xx] Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Eric Kauch, Partner/Managing Agent
Desc: White Male, Brown Hair, 45 yrs., 6'1, 200 lbs.     Auth. to Accept

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 28, 2007
              Date

LYN_ _ _ TRAN_ _ _ _
N_ _ _ _ _ _ _ _ _ _ York
C_ _ _ _ _ _ _ _ _ _
Com_ _ _ _ _ Expires _ _ _ _ 1, 2010

Signature of Server
Thomas M. Arleo
Huntington, NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dalton#27-L002
Case #07 CIV 7964
9/11/07

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint in a civil case was made by me[1] | DATE September 14, 2007 at 2:20 PM |
| NAME OF SERVER (PRINT) Thomas M. Arleo | TITLE Process Server |

Check one box below to indicate appropriate method of service

[xx] Served personally upon the defendant. Place where served: c/o David & Allen Contracting, Inc. 115 Main Street, 2nd Fl., Woodbridge, NJ 07095
Wilfredo Rodriguez, an individual

[xx] Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Eric Kauch - Co-worker
Desc: White Male, Brown Hair, 45 yrs. 6'1, 200 lbs.

[ ] Returned unexecuted: _____ Mailing a copy personal and confidential on 9/28/07

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 28, 2007
            Date

Signature of Server
Thomas M. Arleo
Huntington, NY
Address of Server

LYNN M. TRANQUILLINO
Notary ... State of ... York
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dalton #271002
Case# 07 CIV 7964
9/11/07

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint in a civil case was made by me¹ | September 14, 2007 at 2:20 PM |
| NAME OF SERVER *(PRINT)* Thomas M. Arleo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the defendant. Place where served: c/o David & Allen Contracting, Inc. 115 Main Street, 2nd Fl., Woodbridge, NJ 07095
     Allen Freeman, an individual

[xx] Left copies thereof at the defendant's ~~dwelling house or usual place~~ place of business of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left: Eric Kauch -Co-Worker
     Desc: White Male, Brown Hair, 45 yrs., 6'1, 200 lbs.

[ ] Returned unexecuted: _____ Mailing a copy personal and confidential on 9/28/07

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 28, 2007
         Date

Signature of Server
Thomas M. Arleo
Huntington, NY
Address of Server

LYNN M. TRAN[illegible]LINO
No[illegible] York
[illegible]
Commission expires [illegible], 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dalton#27-L002
Case #07 Civ 7964
9/11/07

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ in a civil | DATE<br>September 21, 2007 at 2:18 PM |
| NAME OF SERVER (PRINT)<br>Thomas M. Arleo | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the defendant. Place where served: 115 Main Street, 2nd Fl., Woodbridge, NJ 07095
Rax Associates Restoration, Inc.

[XX] Left copies thereof at the defendant's place of business dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jessica Ruiz -Managing Agent, Auth. to Accept
Desc: Black Female, Brown Hair, 26 yrs., 5'6, 170 lbs.

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 28, 2007
Date

Signature of Server

LYNN M. TRANCHELLINO
Notary ... York
...
Commission Expires ...

Thomas M. Arleo
Huntington, NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ in a civil case | DATE September 21, 2007 at: 2:18 PM |
| NAME OF SERVER (PRINT) Thomas M. Arleo | TITLE Process Server |

Check one box below to indicate appropriate method of service

[XX] Served personally upon the defendant. Place where served: 115 Main Street, 2nd Fl., Woodbridge, NJ 07095
Ray Associates Retoration LLC

[XX] Left copies thereof at the defendant's place of business dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jessica Ruiz, Manager, Auth. to Accept
Desc: Black Female, Brown Hair, 26 yrs. 5'6, 170 lbs.

[ ] Returned unexecuted: _____ Mailing a copy on 9/28/07

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 28, 2007
Date

Signature of Server
Thomas M. Arleo
Huntington, NY
Address of Server

LYNN M. TRANQUILLINO
Notary ... State ... York
Commission Expires ... 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.