Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718.263.9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

WELLINGTON SALINAS et al,          CONSENT TO JOIN LAWSUIT

            Plaintiffs,          CONSENTIMIENTO
                                    PARA HACER
-against-                           PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,   CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC,    ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

            Defendants.
-----------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:          GONZALEZ MIGUEL

Address/ Dirección:          111-64   41   Ave   Corona NY.


Pone Number / Numero de Teléfono:  201. 686 5460

Legal Representative / Adogado:    Helen F. Dalton.

Signature / Firma:    Miguel Gonzalez

Date / Fecha:    03 - 17 - 08 -

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718.263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WELLINGTON SALINAS et. al,                CONSENT TO JOIN LAWSUIT

               Plaintiffs,       CONSENTIMIENTO
                                          PARA HACER
-against-                                 PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC ,    ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

               Defendants.

-----------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:            PRESANTEZ VICTOR

Address/ Dirección:      50-40 48ST
                         Woodside N.Y. 11377

Pone Number / Numero de Teléfono:   (917) 335- 6959 .

Legal Representative / Adogado:   Helen F. Dalton

Signature / Firma:   Vicky Pesantiz

Date / Fecha:   03/12/08.

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718.263.9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

WELLINGTON SALINAS et. al,                       CONSENT TO JOIN LAWSUIT

                Plaintiffs,          CONSENTIMIENTO
                                                  PARA HACER
-against-                                         PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,       CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC.,       ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

                Defendants.
-------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:                    FRANCISCO RAMÍREZ

Address/ Dirección:              143-11 BARCLAY AVE #4 A
                                 FLUSHING NY 11355

Pone Number / Numero de Teléfono: 718-886-1206

Legal Representative / Adogado:  Helen F. Dalton & Assoc

Signature / Firma:               _[signature]_

Date / Fecha:                    3-10-08

Helen F Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718.263.9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

WELLINGTON SALINAS et. al,                  CONSENT TO JOIN LAWSUIT

               Plaintiffs,          CONSENTIMIENTO
                                        PARA HACER
-against-                                   PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC.,    ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and ALLEN FREEMAN an individual,

               Defendants

-------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:                    <u>CATILLON HERMAN FARNCO</u>

Address/ Dirección:              41-40 0 CN MAN ST

Pone Number / Numero de Teléfono: 1917 495 0 262

Legal Representative / Adogado:  Helen F. Dalton & Assoc.

Signature / Firma:               Herman Franco

Date / Fecha:                    03. 10 - 08

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WELLINGTON SALINAS et. al,                    CONSENT TO JOIN LAWSUIT

                        Plaintiffs,           CONSENTIMIENTO
                                              PARA HACER
-against-                                     PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC.,        ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and ALLEN FREEMAN an individual,

                        Defendants
-------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:              SAQUINAULLA RAUL

Address/ Dirección:        45-59-45 st

                           Woodside NY 11377

Pone Number / Numero de Teléfono: _____

Legal Representative / Adogado:    Helen F. Dalton

Signature / Firma:         _____

Date / Fecha:              03-11-07

Helen F Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

WELLINGTON SALINAS et al,                   CONSENT TO JOIN LAWSUIT

           Plaintiffs,                     CONSENTIMIENTO
                                            PARA HACER
-against-                                   PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC ,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC ,    ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

            Defendants.
---------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:                  SALINAS WELINTON

Address/ Dirección:            111-64-41- AVE corrona N Y


Pone Number / Numero de Teléfono:  718 418 2061 . 1917 664 3254

Legal Representative / Adogado:    Helen F. Da Hou & Assoc.

Signature / Firma:             _____

Date / Fecha:                  3 - 6 - 08

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263.9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WELLINGTON SALINAS et al,                    CONSENT TO JOIN LAWSUIT

               Plaintiffs,          CONSENTIMIENTO
                                             PARA HACER
-against-                                    PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC ,     ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

               Defendants.

-----------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:                    RUIZ ALVAREZ-RAFAEL

Address/ Dirección:              24-14 Bathgate Apt #3, Bronx, NY 10458


Pone Number / Numero de Teléfono:  1 7 / 8 7 3 3 3 9 8 0

Legal Representative / Adogado:   Helen F Dalton & Assoc

Signature / Firma:               _Rueled_

Date / Fecha:                    03 - 05 - 08

Helen F Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

WELLINGTON SALINAS et al,                    CONSENT TO JOIN LAWSUIT

                      Plaintiffs,            CONSENTIMIENTO
                                             PARA HACER
-against-                                    PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC,             CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC,             ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and ALLEN FREEMAN an individual,

                      Defendants
--------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:                    MENDOZA SALAZAR ESTEBAN

Address/ Dirección:              2414 Bethgate Ave, Apt 3

                                 Bronx NY

Pone Number / Numero de Teléfono: 16-46-894-23-58

Legal Representative / Adogado:   Helen F. Dalton & Assoc.

Signature / Firma:               Esteban Mendoza

Date / Fecha:                    3-05-08

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WELLINGTON SALINAS et al,                    CONSENT TO JOIN LAWSUIT

            Plaintiffs,            CONSENTIMIENTO
                                             PARA HACER
-against-                                    PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC.,      ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and ALLEN FREEMAN an individual,

            Defendants.
------------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
       500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes )

Name/ Nombre:                          CARRION-MENDOZA JOSE LUIS

Address/ Dirección:                    2414 Bethgate Ave, Apt 3

                                       Bronx, NY.

Pone Number / Numero de Teléfono:  646 260 8068

Legal Representative / Adogado:        Helen F. Dalten.

Signature / Firma:                     Luis Mendoza

Date / Fecha:                          3-11-08

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718.263.9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WELLINGTON SALINAS et al,                    CONSENT TO JOIN LAWSUIT

                    Plaintiffs,              CONSENTIMIENTO
                                             PARA HACER
-against-                                    PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC ,   CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC ,    ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

                    Defendants.
------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:                        ORLANDO PATINO

Address/ Dirección:                  553  188 St #3
                                     Bronx NY

Pone Number / Numero de Teléfono:    (718) 295 2064
Legal Representative / Adogado:       Helen F Dalton & Assoc.

Signature / Firma:                   Orlando Patiño

Date / Fecha:                        03/05/08

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

WELLINGTON SALINAS et al,                    CONSENT TO JOIN LAWSUIT

                 Plaintiffs,          CONSENTIMIENTO
                                             PARA HACER
-against-                                    PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC ,    ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

                 Defendants
----------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
       500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:                    RAUL GARCIA HERNÁNDEZ

Address/ Dirección:              553  188 st  AP. #3

                                 Bronx  N.Y.

Pone Number / Numero de Teléfono:  718) 295-20-64.

Legal Representative / Adogado:   Helen F. Dalton & Assoc.

Signature / Firma:               Raul Garcia

Date / Fecha:                    03/05/08.

Helen F Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718.263.9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WELLINGTON SALINAS et al,                   CONSENT TO JOIN LAWSUIT

                        Plaintiffs,         CONSENTIMIENTO
                                            PARA HACER
-against-                                   PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,   CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC.,   ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

                        Defendants
-------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:              CAMPOVERDE ANTONIO

Address/ Dirección:        108 68 43 AV CORONA


Pone Number / Numero de Teléfono: 718 507 8631

Legal Representative / Adogado:   Helen F. Dalton & Asoc.

Signature / Firma:         Antonio Campoverde

Date / Fecha:              3-6-2008

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718.263.9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

WELLINGTON SALINAS et. al,                    CONSENT TO JOIN LAWSUIT

                Plaintiffs,          CONSENTIMIENTO
                                  PARA HACER
-against-                                     PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC.,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC.,    ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and  ALLEN FREEMAN an individual,

                        Defendants
--------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
       500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes.)

Name/ Nombre:                    <u>PORFIRIO ALMONTE</u>

Address/ Dirección:              <u>716TH 17st, union city</u>

                                    <u>N - J.</u>

Pone Number / Numero de Teléfono:   <u>201.936-8827</u>

Legal Representative / Adogado:     <u>Helen F. Dalton & Assoc.</u>

Signature / Firma:                  _____

Date / Fecha:                       <u>3|10|08</u>

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

WELLINGTON SALINAS et al,                    CONSENT TO JOIN LAWSUIT

               Plaintiffs,            CONSENTIMIENTO
                                              PARA HACER
-against-                                     PARTE DE UN A DEMANDA

DAVID & ALLEN CONSTRUCTING, INC ,    CV 07 7964 (NRB)
RAY ASSOCIATES RESTORATION LLC,
RAX ASSOCIATES RESTORATION, INC.,    ECF Case
WILFREDO "FREDDIE" RODRIGUEZ an individual,
and ALLEN FREEMAN an individual,

              Defendants.
----------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:                    GUARQUILA JOSE

Address/ Dirección:              50 - 40  48 ST 1FL

                                 Woodside  NY 11377

Pone Number / Numero de Teléfono:  13-471 706-8901

Legal Representative / Adogado:  Helen F. Dalton.

Signature / Firma:               Jose Guarquila

Date / Fecha:                    03/11/08

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| WELLINGTON SALINAS et. al, | CONSENT TO JOIN LAWSUIT |
| Plaintiffs, | CONSENTIMIENTO PARA HACER |
| -against- | PARTE DE UN A DEMANDA |
| DAVID & ALLEN CONSTRUCTING, INC., | CV 07 7964 (NRB) |
| RAY ASSOCIATES RESTORATION LLC, | |
| RAX ASSOCIATES RESTORATION, INC , | ECF Case |
| WILFREDO "FREDDIE" RODRIGUEZ an individual, | |
| and  ALLEN FREEMAN an individual, | |

Defendants
---------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno
de los demandantes )

Name/ Nombre:                                   VARGAS CASTRO TEODORO ELIAS

Address/ Dirección:                             29 cHesnuT sT
                                                KeArNy NJ. 07032

Pone Number / Numero de Teléfono:    (973) 392-8682

Legal Representative / Adogado:          Helen F. Dalton

Signature / Firma:                              Teodoro Vargas

Date / Fecha:                                      3-11-08